UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| 5231 BLANCO LLC ET AL, | § | No. 5:17–CV–971–DAE |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| MID-CENTURY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

ORDER FOR SETTLEMENT PAPERS

On October 30, 2018, the parties advised the Court that this case settled. (Dkt. # 18.) Accordingly, it is hereby **ORDERED** that:

1. The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **December 14, 2018**. If the parties are unable to submit those documents by that date, the parties should move for an extension of time to file the documents.

2. All pretrial deadlines in this case are **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. If the parties are unable to finalize the settlement, these deadlines will be reinstated.

3. Any motions pending in this action are **DENIED WITHOUT PREJUDICE**, subject to reurging should settlement fail.

4. Any court settings in this case are cancelled.

No extensions of the above deadline will be granted except upon a showing of good cause.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, October 31, 2018.

David Alan Ezra
Senior United States Distict Judge