IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| 5231 BLANCO LLC, SANTA FE APARTMENTS, | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § | CIVIL ACTION NO. 5:17-CV-00971-DAE |
| MID-CENTURY INSURANCE COMPANY, | § § § § | |
| *Defendant* | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Having reviewed the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, 5231 Blanco LLC, Santa Fe Apartments, and Defendant, Mid-Century Insurance Company, it is hereby **ORDERED** that Plaintiff's causes of action against Defendant are hereby **DISMISSED WITH PREJUDICE** to refiling same. All costs of Court are hereby charged against the party incurring same.

SIGNED January 14, 2019

_____
UNITED STATES DISTRICT JUDGE